UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HILL, WARD & HENDERSON, P.A.,

    Plaintiff,

v.          Case No.  8:08-cv-469-T-30TGW

SRS SPORTS CENTRE, SDN BHD, a
Malaysian corporation, and LIEM SDN,
BHD, a Malaysian corporation,

    Defendants.
_____/

**ORDER OF DISMISSAL**

Before the Court is the Notice of Dismissal Without Prejudice (Dkt #4).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 16, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-469.dismissal 4.wpd